UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>APRIL MAYFIELD MCLEMORE. ) | Criminal Case No: CR 12-S-249-J |

## ORDER

This case is before the court on defendant's motion to dismiss count one of the indictment.[1] Magistrate Judge Harwell G. Davis, III entered his report and recommendation on August 17, 2012.[2] No objections have been filed.

Upon consideration of the entire record, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendation. Accordingly, it is ORDERED that defendant's motion to dismiss count one of the indictment is DENIED.

DONE and ORDERED this 16th day of November, 2012.

_____
United States District Judge

---

[1] Doc. no. 11.

[2] Doc. no. 15